# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HARRIS, | CASE NO. 1:10-cv-01238-OWW-SKO PC |
| Plaintiff, | ORDER |
| v. | |
| LTA J. DIKIN, et al., | |
| Defendants. | |

Plaintiff Darren Harris ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On July 23, 2010, Plaintiff requested that this action be merged with Harris v. Harrington, No. 1:10-cv-01215-AWI-SKO.

Plaintiff intended both actions to be litigated in a single action. The document that was construed as a complaint in No. 1:10-cv-01215-AWI-SKO was intended to be a motion for a temporary restraining order in this action. The confusion arose because the motion was delivered to the Court before Plaintiff's complaint. Thus, the motion was construed as a complaint and the Clerk's Office opened an action based on the complaint. When Plaintiff's complaint arrived after the motion for a temporary restraining order, it was unclear that both documents were meant to be filed in the same action and the Clerk's Office opened a second, new action for the complaint. The Court will remedy the confusion by merging this action with No. 1:10-cv-01215-AWI-SKO. The documents filed in this action will be transferred to 1:10-cv-01215-AWI-SKO and the Clerk's Office will be directed to close this action.

///

1 | Based on the foregoing, it is HEREBY ORDERED that:
2 | 1. The Clerk's Office is directed to merge the contents of the docket in this case with
3 | <u>Harris v. Harrington</u>, no. 1:10-cv-01215-AWI-SKO as follows:
4 |     a. The Clerk's Office is directed to re-file the complaint (Docket #1) in this
5 |        action in case number 1:10-cv-01215-AWI-SKO; and
6 |     b. The Clerk's Office is also directed to re-file the documents listed as Dockets
7 |        #4, 8, 9, 10, 11 in this action in case number 1:10-cv-01215-AWI-SKO.
8 | 2. The Clerk is directed to close this action.

10 | IT IS SO ORDERED.
11 | **Dated:     September 20, 2010**              /s/ Sheila K. Oberto
                                                            UNITED STATES MAGISTRATE JUDGE